FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 15, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANNY R. RALPH,<br><br>Defendant. | No. 2:16-PO-0133-JTR-1<br><br>ORDER GRANTING STIPULATED MOTION FOR PROTECTIVE ORDER |

**BEFORE THE COURT** is the parties' stipulated motion for a protective order restricting the dissemination of discovery materials and other sensitive and confidential information. ECF No. 39. The Court has reviewed the motion and the reason for the request.

**IT IS ORDERED** Defendant's Motion for Stipulated Protective Order RE: Disclosure of Discovery and Sensitive Information, **ECF No. 39**, is **GRANTED**. Use, custody and dissemination of discovery provided by either party in this case shall be subject to the enumerated provisions following the heading "INTRODUCTION & RELIEF SOUGHT" appearing in ECF No. 39.

**IT IS SO ORDERED**.

DATED March 15, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1